

CQ-386-online

**FILED**

**United States District Court**
**For the District of Columbia**

·APR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDWARD J. ROSS, et al.    )
                          )
                          )
                          )
                          )
               Plaintiff  )        Civil A   CASE NUMBER   1:06CV00733
        vs                )
                          )        JUDGE: James Robertson
THE SYRIAN ARAB REPUBLIC, et )
al.                       )        ·DECK TYPE: Personal Injury/Malpractic
                          )
               Defendant  )        DATE STAMP: 04/21/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  N/A _____ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_1 9 1 8 6 6_
BAR IDENTIFICATION NO.

JoHN  M. CLIFFORD
Print Name

1707  L ST., N.W. #500
Address

WASHINGTON, D.C.  20036
City        State       Zip Code

202- 289- 8990 x 106
Phone Number