UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD J. ROSS, as Administrator :
of the Estate of Rita Levine, *et* :
*al.*,                            :
                                  :
    Plaintiffs,                :
                                  :
  v.                              : Civil Action No. 06-0733 (JR)
                                  :
THE SYRIAN ARAB REPUBLIC, *et*    :
*al.*,                            :
                                  :
    Defendants.                :

## ORDER

The plaintiff will TAKE NOTICE that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on December 1, 2006, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

                                        JAMES ROBERTSON
                             United States District Judge