UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD J. ROSS, as Administrator :
of the Estate of Rita Levine, *et* :
*al.*,                            :
                                  :
    Plaintiffs,               :
                                  :
  v.                              : Civil Action No. 06-0733 (JR)
                                  :
THE SYRIAN ARAB REPUBLIC, *et*    :
*al.*,                            :
                                  :
    Defendants.               :

### ORDER

    Upon a review of the record, it appearing that service has been effected upon none of the defendants, it is by the Court *sua sponte* **ORDERED** that plaintiff show cause within 15 days of the date of this order why this action should not be dismissed pursuant to F.R.Civ.P. 4(m).

                                           JAMES ROBERTSON
                            United States District Judge