UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------------X
EDWARD J. ROSS, AS ADMINISTRATOR OF THE :
ESTATE OF RITA LEVINE, et al.,                                   :
                                                                                        :
                 Plaintiffs,                                                 :
                                                                                        :
    vs.                                                                       : Civil Action No.: 06-0733 (JR)
                                                                                        :
                                                                                        :
                                                                                        :
THE SYRIAN ARAB REPUBLIC, et al.,                       :
                                                                                        :
                 Defendants.                                              :
---------------------------------------------------------------------------X


**RESPONSE TO ORDER TO SHOW CAUSE AND
MOTION TO EXTEND TIME FOR SERVICE**

      COME NOW the Plaintiffs, by and through undersigned counsel and pursuant to Rule 4(m), F.R.Civ.P, submits the following to show good cause for its failure to make service upon defendants, and moves this Court to extend the time to serve the Complaint for another 120 days:

      The reason for this motion is as follows:

      1.    Due to ongoing issues between the government of the United States and the Defendants, Plaintiffs have been unable to make service. Counsel for the Plaintiffs has been working with the Clerk of the Court and with the State Department to make service at this time. Plaintiffs cannot make service on Defendants without the cooperation of the State Department.

      2.    No trial date has been set in this case, and no party is prejudiced by extending the time for service in this case. On the other hand, Plaintiffs <u>will</u> be prejudiced if their case is dismissed (albeit "without prejudice"), as they will be put to the expense and bother of starting

over, and may have to deal with a limitations defense.

Wherefore, Plaintiffs respectfully request that the Court accept this showing of good cause and extend for 120 days the time in which they may serve the Defendants.

Dated: April 27th , 2007

                                            CLIFFORD & GARDE

                              By      /s/
                                        John M. Clifford,
                                        D.C. Bar No. 191866
                                        1707 L Street, N.W. Suite 500
                                        Washington, DC 20036
                                        Telephone: (202) 289-8990
                                        Facsimile:  (202) 289-8992

                                        Attorneys for Plaintiffs

OSEN & ASSOCIATE, LLC
Gary M. Osen *(pro hac vice application to be filed)*
Naomi B. Weinberg *(pro hac vice application to be filed)*
Aaron Schlanger *(pro hac vice application to be filed)*
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303