**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD J. ROSS, as Administrator :
of the Estate of Rita Levine, *et* :
*al.*,                            :
                                  :
    Plaintiffs,               :
                                  :
  v.                              : Civil Action No. 06-0733 (JR)
                                  :
THE SYRIAN ARAB REPUBLIC, *et*    :
*al.*,                            :
                                  :
    Defendants.               :

**ORDER**

    Upon consideration of plaintiff's response filed April 27, 2007, it is **ORDERED** that the order to show cause filed April 13, 2007 [6] is **discharged**, that plaintiff's motion for an extension of time [8] is **granted**, and that plaintiff may have until September 4, 2007, to effect service of the summons and the complaint.

                                     JAMES ROBERTSON
                           United States District Judge