UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------X
EDWARD J. ROSS, AS ADMINISTRATOR OF THE :
ESTATE OF RITA LEVINE, et al., :
:
                Plaintiffs, :
:
  vs. : **Civil Action No.:**
: 1:06CV00733
:
:
THE SYRIAN ARAB REPUBLIC, et al., :
:
                Defendants. :
------------------------------------------------------------------------X

## MOTION TO EXTEND TIME FOR SERVICE

      Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 4(j) and 28 U.S.C. § 1608(a)4), moves this Court to extend the time that Plaintiff has to serve the Complaint on Defendants for an additional 90 days. In support of this Motion, Plaintiff states as follows:

      1.      Due to ongoing political issues which the United States government is having with the Iranian and Syrian governments, service is almost impossible. Because of these difficulties, Plaintiff has been unable to properly serve the Defendants pursuant to 18 U.S.C. § 1608(a)(3). Pursuant to the guidelines set forth in 28 U.S.C. § 1608(4), counsel for the Plaintiffs is working with the State Department to execute proper service on the Defendant.

      2.      No trial date has been set in this case, and no party is prejudiced by this request.

      WHEREFORE, Plaintiff requests this Court allow an additional 90 days to serve the Defendants in this matter.

Dated: July 12, 2007

                            CLIFFORD & GARDE

                 By     /s/
                            John M. Clifford,
                            D.C. Bar No. 191866
                            1707 L Street, N.W. Suite 500
                            Washington, DC 20036
                            Telephone: (202) 289-8990
                            Facsimile:  (202) 289-8992

                            Attorneys for Plaintiffs

OSEN & ASSOCIATE, LLC
Gary M. Osen
Naomi B. Weinberg
Aaron Schlanger
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303