UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------X
EDWARD J. ROSS, AS ADMINISTRATOR OF THE :
ESTATE OF RITA LEVINE, et al.,            :
                                          :
              Plaintiffs,              :
                                          :
    vs.                                  : **Civil Action No.:**
                                          : 1:06CV00733
                                          :
                                          :
THE SYRIAN ARAB REPUBLIC, et al.,         :
                                          :
              Defendants.              :
------------------------------------------------------------------------X

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Extend Time and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED that the Motion to Extend Time for Service be, and hereby is, granted.

                                                                         _____
                                                                         Judge James Robertson

COPIES TO:

John M. Clifford,
D.C. Bar No. 191866
1707 L Street, N.W. Suite 500
Washington, DC 20036
Telephone: (202) 289-8990
Facsimile: (202) 289-8992
Attorneys for Plaintiffs

OSEN & ASSOCIATE, LLC
Gary M. Osen
Naomi B. Weinberg
Aaron Schlanger
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303