FILED
JUL 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X
EDWARD J. ROSS, AS ADMINISTRATOR OF THE :
ESTATE OF RITA LEVINE, et al.,                :
                                              :
              Plaintiffs,                     :
                                              :
       vs.                                    : **Civil Action No.:**
                                              : 1:06CV00733
                                              :
                                              :
THE SYRIAN ARAB REPUBLIC, et al.,             :
                                              :
              Defendants.                     :
---------------------------------------------------------------------X

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Extend Time and the entire record herein, it is by the Court this 23rd day of Jul., 2007,

ORDERED that the Motion to Extend Time for Service be, and hereby is, granted.

_____
James Robertson
United States District Judge

COPIES TO:

John M. Clifford,
D.C. Bar No. 191866
1707 L Street, N.W. Suite 500
Washington, DC 20036
Telephone: (202) 289-8990
Facsimile: (202) 289-8992
Attorneys for Plaintiffs

OSEN & ASSOCIATE, LLC
Gary M. Osen
Naomi B. Weinberg
Aaron Schlanger
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303