UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD J. ROSS, as Administrator :
of the Estate of Rita Levine, *et* :
*al.*,                            :
                                  :
        Plaintiffs,               :
                                  :
    v.                            : Civil Action No. 06-0733 (JR)
                                  :
THE SYRIAN ARAB REPUBLIC, *et*    :
*al.*,                            :
                                  :
        Defendants.               :

### **ORDER**

   This case has been pending for more than nineteen months without anyone having been served with a summons. Plaintiff's time for filing proof of service was extended once by the Court *sua sponte* on October 31, 2006 [#3], and twice thereafter at plaintiff's request, on May 8, 2007 [#9] and on July 25, 2007 [#11].  The most recent extension was until December 3, 2007, which was the "additional 90 days" from the then-deadline of September 4, 2007, that plaintiff had requested.

   Rule 4(m) does not apply to service in a foreign country, but plaintiff will not have unlimited time to effect service.  It is **ORDERED** that plaintiff show cause within ten days of the date of this order why this case should not now be dismissed.  Good cause for further extension of the time to effect service may be established by evidence of plaintiff's attempts to effect service under 18 U.S.C. 1608(a)(3) and, if

such attempts were unsuccessful, of his "work with the State Department," as set forth in his motion of July 17, 2007 [#10].


                                                JAMES ROBERTSON
                                    United States District Judge