UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. ROSS, AS ADMINISTRATOR OF THE ESTATE OF RITA LEVINE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br><br> THE SYRIAN ARAB REPUBLIC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No.:** <br> )  1:06CV00733 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO EXTEND TIME FOR SERVICE

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 4(j) and 28 U.S.C. § 1608(a)(4), submits the following to show good cause for its failure to make service upon defendants, and moves this Court to extend the time that Plaintiffs have to serve the Complaint on Defendants for an additional 90 days. In support of this Motion, Plaintiffs state as follows:

1.  Plaintiffs have continued in their efforts to work through the United States Department of State to effectuate service on the Syrian Arab Republic ("Syria"), the Islamic Republic of Iran ("Iran"), and the Iranian Ministry of Information and Security ("MOIS").

2.  Prior to, and since July, 2007 plaintiffs have made repeated contacts with the United States Department of State, Overseas Citizens Services, Office of Policy Review & Interagency Liaison ("DOS Office of Policy Review"), the office responsible for coordinating service under the Foreign Sovereign Immunities Act ("FSIA") via the diplomatic channel in accordance with 28 U.S.C. § 1608(a)(4) and implementing regulation 22 C.F.R. § 93.

3. Representatives from the DOS Office of Policy Review informed Plaintiffs that the United States Embassy in Syria could assist Plaintiffs in effectuating service of the summons and complaint on Defendant, Syrian. Plaintiffs have called the U.S. Embassy staff in Syria regarding this matter. Similarly, Plaintiffs have also sent electronic mail to a U.S. Embassy email address in Damascus, Syria provided by the Department of State. To date, Plaintiffs have not been successful in securing the assistance of the U.S. Embassy in Syria in this matter.

4. Several months ago, the Clerk of the Court informed Plaintiffs' counsel that the State Department was blocking service to Iran. We have been in contact with the Clerk of the Court to ascertain if there are other methods of acceptable service upon Iran or the MOIS. To date we have not learned of another method with regard to those two Defendants.

5. Service of process under the FSIA permits service by registered mail or its equivalent pursuant to 28 U.S.C. § 1608(a)(3). This method of service also becomes available against an agency or instrumentality if the added possibility of service upon an agent of the agency or instrumentality is impossible. 28 U.S.C. § 1608(b)(3)(B).

6. The FSIA requires that all of the necessary materials be mailed by the Clerk of the Court. Therefore, Plaintiffs seek an additional ninety (90) days to effect service upon Syria. With regard to the remaining Defendants, Plaintiffs seek additional time to obtain clear instructions as to when service may be effected upon Iran and the MOIS.

7. Plaintiffs appreciate the Court's concern lest this matter be allowed to languish. Undersigned counsel can assure the Court that adequate resources are available and are being committed to accomplish service as rapidly as possible. In December 2007, Jeffery S. Spalding, a former Assistant United States Attorney and Overseas Legal Liaison with the American Bar Association ("ABA") joined Clifford & Garde, LLP. Mr. Spalding is licensed to practice law in the State of Michigan and has received a certification letter from the District of Columbia Bar

Association for admission to practice in the District of Columbia.  Mr. Spalding is awaiting a formal date to be sworn into the District of Columbia Bar.  Mr. Spalding has experience working with Department of State and United States embassy staff in his former capacities with the United States Department of Justice and the ABA.  Mr. Spalding, in conjunction with undersigned counsel, has now assumed primary responsibility to effectuate service of the complaint on Defendants.

8. No trial date has been set in this case, and no party is prejudiced by this request.

WHEREFORE, Plaintiffs request this Court allow an additional ninety (90) days to serve the Defendants in this matter.

Dated: December 17, 2007

                                                  CLIFFORD & GARDE

By     /s/
John M. Clifford,
D.C. Bar No. 191866
1707 L Street, N.W. Suite 500
Washington, DC 20036
Telephone: (202) 289-8990
Facsimile:  (202) 289-8992

Attorneys for Plaintiffs

OSEN & ASSOCIATE, LLC
Gary M. Osen
Naomi B. Weinberg
Aaron Schlanger
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303