UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------------------X
EDWARD J. ROSS, AS ADMINISTRATOR OF THE       :
ESTATE OF RITA LEVINE, et al.,                :
                                              :
                Plaintiffs,                   :
                                              :
        vs.                                   :   Civil Action No.: 1:06CV00733
                                              :
                                              :
THE SYRIAN ARAB REPUBLIC, et al.,             :
                                              :
                Defendants.                   :
-------------------------------------------------------------------------X
```

**MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE**

Plaintiffs, by the undersigned counsel, hereby move before this Court for an Order granting a 180-day extension of time to effect service of the summons and the complaint upon defendants in light of the fact that superseding legislation was enacted on January 28, 2008, and on other grounds.

In support of this motion, plaintiffs respectfully refer this Court to the attached Memorandum and Proposed Order.

Dated: March 7, 2008

                                                          Respectfully submitted,

                                                          CLIFFORD & GARDE

                                  By    /s/ John M. Clifford
                                            John M. Clifford
                                            D.C. Bar No. 191866
                                            1707 L Street, N.W. Suite 500
                                            Washington, DC 20036
                                            Telephone: (202) 289-8990
                                            Facsimile: (202) 289-8992

OSEN LLC
Naomi B. Weinberg
*(pro hac vice application to be filed)*
*Aaron Schlanger*
*(pro hac vice application to be filed)*
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400
Facsimile:  (201) 265-0303

Attorneys for Plaintiffs