UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------------X
EDWARD J. ROSS, AS ADMINISTRATOR OF THE   :
ESTATE OF RITA LEVINE, et al.,            :
                                          :
         Plaintiffs,                      :
                                          :
    vs.                                   :  **Civil Action No.:** 1:06CV00733
                                          :
                                          :
THE SYRIAN ARAB REPUBLIC, et al.,         :
                                          :
         Defendants.                      :
---------------------------------------------------------------------------X

**[PROPOSED] ORDER**

Upon consideration of plaintiffs' Motion for an Extension of Time to effect service of the summons and complaint in this matter upon the defendants and request to amend or refile their complaint based upon the enactment of 28 U.S.C. § 1605A, superseding legislation, and on other grounds, and the record herein,

It is hereby ORDERED that

Plaintiffs may have until _____, 2008 to effect service of the summons and the complaint.

Dated:

_____
JAMES ROBERTSON
United States District Judge