UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. ROSS, AS ADMINISTRATOR OF THE ESTATE OF RITA LEVINE, et al., </br></br> Plaintiffs, </br></br> vs. </br></br></br> THE SYRIAN ARAB REPUBLIC, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) **Civil Action No.:** </br> ) 1:06CV00733 (JR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NAOMI BLANK WEINBERG AND AARON SCHLANGER

I, John M Clifford, as a member in good standing of the Bar of this Court, do hereby move the admission of Naomi Blank Weinberg, Esquire and Aaron Schlanger, Esquire, to appear before the Court in this matter *pro hac vice*.

As required by LCvR 83.2(d), appropriate affidavits signed by Ms. Weinberg and Mr. Schlanger accompany this Motion.

Wherefore, I respectfully request that Ms. Weinberg and Mr. Schlanger be admitted to appear in this case, *pro hac vice*.

    /s/ John M. Clifford
John M. Clifford # 191866
Clifford & Garde LLP
1707 L St., N.W. Suite 500
Washington, DC 20036
Telephone: (202) 280-6115
Facsimile: (202) 289-8992

Attorney for Plaintiffs