UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
EDWARD J. ROSS, AS ADMINISTRATOR OF THE
ESTATE OF RITA LEVINE, et al.,

            Plaintiffs,

vs.                                              Civil Action No.:
                                                       1:06-CV-00733 (JR)

THE SYRIAN ARAB REPUBLIC, et al.,

            Defendants.
-------------------------------------------------------------------X

## AFFIDAVIT OF NAOMI B. WEINBERG IN SUPPORT OF HER APPLICATION FOR ADMISSION *PRO HAC VICE*

STATE OF NEW JERSEY )
                            ) ss.:
COUNTY OF BERGEN )

NAOMI B. WEINBERG being duly sworn, deposes and states:

1. I am an associate at the law firm of Osen LLC which has its offices at 700 Kinderkamack Road, Oradell, New Jersey 07649. The law firm's phone number is 201-265-6400. I submit this affidavit in support of my application for admission *pro hac vice* in the above-captioned action.

2. I am an attorney in good standing and licensed to practice law in the State of New Jersey and the State of New York. I am admitted to practice before the United States District Court for the District of New Jersey.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

4. On November 27, 2007 I was admitted *pro hac vice* in the U.S. District Court for the District of Columbia in the case of <u>Calderón-Cardona, et al. v. Democratic People's Republic of Korea, et al.</u>, Docket No. 06-CV-744 (RBW).

5. I do not engage in the practice of law in the District of Columbia and have not been admitted as a member to the District of Columbia Bar.

6. I agree to abide by the rules of the Court in connection with my appearance in the above-captioned action.

7. I therefore respectfully request that this Court grant my application for admission *pro hac vice* in this matter.

_____
Naomi B. Weinberg
OSEN LLC
700 Kinderkamack Road
Oradell, New Jersey 07649

Sworn to before me this
3rd day of March, 2008.

_____
Notary Public

**Gisela O'Connell**
**Notary Public of New Jersey**
**My Comm Exp. Oct. 28, 2009**