UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. ROSS, AS ADMINISTRATOR OF THE ESTATE OF RITA LEVINE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SYRIAN ARAB REPUBLIC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) **Civil Action No.:**<br>)  1:06CV00733 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF NAOMI BLANK WEINBERG AND AARON SCHLANGER

The motion of John M. Clifford, properly supported, seeking the Court's permission for Naomi Blank Weinberg, Esquire and Aaron Schlanger, Esquire, to appear before the Court in this matter *pro hac vice*, be and it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE