UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
EDWARD J. ROSS, as Administrator   :
of the Estate of Rita Levine, et   :
al.,                               :
                                   :
        Plaintiffs,                :
                                   :
     v.                            :   Civil Action No. 06-0733 (JR)
                                   :
THE SYRIAN ARAB REPUBLIC, et       :
al.,                               :
                                   :
        Defendants.                :
```

**ORDER**

Upon consideration of plaintiffs' motion for the *pro hac vice* appearances of Naomi Blank Weinberg and Aaron Schlanger [16], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                   JAMES ROBERTSON
                                   United States District Judge