UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

--------------------------------------------------------------------X

EDWARD J.  ROSS, AS ADMINISTRATOR OF THE   :
ESTATE OF RITA LEVINE, et al.,   :
   :
       Plaintiffs,   :
   :
      vs.   :      Civil Action No.:
   :      1:06-CV-00733 (JR)
   :
THE SYRIAN ARAB REPUBLIC, et al.,   :
   :
      Defendants.   :

--------------------------------------------------------------------X

**PLAINTIFFS' NOTICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**
**OF VOLUNTARY DISMISSAL OF THE ACTION**

     Plaintiffs are entitled to voluntarily dismiss this action without prejudice and by notice, since no answer or motion for summary judgment has been served by any defendant. Fed.R.Civ.P. 41(a)(1)(A)(i).

     Plaintiffs hereby voluntarily dismiss this action against all above-captioned defendants pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without prejudice.

Dated: April 11, 2008

                                  Respectfully submitted,

                                  CLIFFORD & GARDE LLP

                             _____/s/_____
                             John M. Clifford , 191866
                             1707 L Street, N.W.
                             Suite 500
                             Washington, DC 20036
                             Telephone: (202) 280-6115
                             Facsimile: (202) 289-8992

Osen, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Counsel for Plaintiffs